BRYAN SCHRODER
United States Attorney

ANNE VELDHUIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: anne.veldhuis@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| | ) COUNTS 1 and 2: |
| | ) FELON IN POSSESSION OF A |
| v. | ) FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1) and |
| KEVIN EARL HARDY, | ) 924(a)(2) |
| | ) |
| Defendant. | ) CRIMINAL FORFEITURE |
| | ) ALLEGATION: |
| | )   18 U.S.C. § 924(d)(1) and 28 U.S.C. § |
| | ) 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about December 25, 2015, within the District of Alaska, the defendant, KEVIN EARL HARDY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. One AMT Backup .45 caliber pistol;

2. One Bushmaster XM15-E2S .223 caliber rifle;

3. One Colt Commander .45 caliber pistol;

4. One Jennings J-22 .22 caliber pistol;

5. One Ruger M77 .338 caliber rifle;

6. One Ruger M77 .243 caliber rifle;

7. One Ruger LCP .380 caliber pistol;

8. One Ruger Standard .22 caliber pistol;

9. One Ruger Security Six .357 caliber pistol;

10. One Ruger 10/22 .22 caliber rifle;

11. One Ruger P85 9mm pistol;

12. One Sako Finnbear 7mm rifle;

13. One Smith & Wesson .44 caliber pistol;

14. One Springfield .410 caliber shotgun;

15. One Winchester .300 caliber rifle;

16. One Winchester .22 caliber rifle; and

17. One Winchester 12 gauge shotgun.

## Conviction

| Date | Offense | Court | Case No. |
|---|---|---|---|
| 4/13/2011 | Assault in the Third Degree | State of Alaska | 3PA-010-00701CR |
| 10/16/1998 | Sexual Assault in the Second Degree | State of Alaska | 3AN-97-8748CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Page 2 of 5

COUNT 2

On or about February 14, 2016, within the District of Alaska, the defendant, KEVIN EARL HARDY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one Colt .25 caliber pistol.

Conviction

| Date | Offense | Court | Case No. |
|---|---|---|---|
| 4/13/2011 | Assault in the Third Degree | State of Alaska | 3PA-010-00701CR |
| 10/16/1998 | Sexual Assault in the Second Degree | State of Alaska | 3AN-97-8748CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), set forth in Counts 1 and 2 of this Indictment, the defendant, KEVIN EARL HARDY, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. One AMT Backup .45 caliber pistol, Serial No. DA2182;

2. One Bushmaster XM15-E2S .223 caliber rifle, Serial No. L474243;

3. One Colt Commander .45 caliber pistol, Serial No. 70SC50356;

4. One Jennings J-22 .22 caliber pistol, Serial No. 337613;

5. One Ruger M77 .338 caliber rifle, Serial No. 75-49409;

6. One Ruger M77 .243 caliber rifle, Serial No. 783-29005;

7. One Ruger LCP .380 caliber pistol, Serial No. 376-02264;

8. One Ruger Standard .22 caliber pistol, Serial No. 17-67778;

9. One Ruger Security Six .357 caliber pistol, Serial No. 150-39768;

10. One Ruger 10/22 .22 caliber rifle, Serial No. 110-27902;

11. One Ruger P85 9mm pistol, Serial No. 301-17752;

12. One Sako Finnbear 7mm rifle, Serial No. 42684;

13. One Smith & Wesson .44 caliber pistol, Serial No. S173812;

14. One Springfield .410 caliber shotgun, Serial No. 4245C;

15. One Winchester .300 caliber rifle, Serial No. G2111193;

16. One Winchester .22 caliber rifle, Serial No. B1067054;

17. One Winchester 12 gauge shotgun, Serial No. 141788; and

18. One Colt .25 caliber pistol, Serial No. 309887.

## Substitute Property

If any of the property described above, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Anne Veldhuis
ANNE VELDHUIS
United States of America
Assistant U.S. Attorney


s/ E. Bryan Wilson for
BRYAN SCHRODER
United States of America
United States Attorney


DATE:      9/19/18